IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | | |
|---|---|---|
| ARNOLD ANDERSEN, | ) | |
| | ) | |
| Plaintiff, | ) | No. C05-2079-EJM |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| ELECTRONIC ENGINEERING CO., | ) | IN A CIVIL CASE |
| and MARK A. CLARK, Individually | ) | |
| and as President of Electronic | ) | |
| Engineering Co., | ) | |
| | ) | |
| Defendants. | ) | |

This action came before the Court. The issues have been decided and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

Plaintiff, Arnold Andersen, take nothing and this action is dismissed with Prejudice.

Dated: May 3, 2007          PRIDGEN J. WATKINS
                                       Clerk

                                       /s/ des
                                       (By) Deputy Clerk